UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENORRIS EUGENE
HARDY, SR.,

    Plaintiff,

vs.

STRAYER UNIVERSITY,
LLC; and KARL
MCDONNELL,

    Defendants.

Case No.
6:25-cv-1136-WWB-RMN

## ORDER

    This matter is before the Court without oral argument on Plaintiff's Motion for Access to CM/ECF Case Management/Electronic Filing (Dkt. 20), filed August 7, 2025. The motion has been referred to a magistrate judge for consideration. Defendants need not respond.

    The motion is denied for two reasons. First, all pleadings, motions, and other papers filed in this Court must comply with the requirements of Local Rule 1.08, unless otherwise modified by a court order. That rule requires filings to be typewritten papers, using certain typefaces and sizes. *See* Local Rule 1.08(a)–(b). The rule also requires the use of double-spacing for a filing's main text. *See*

*id.* 1.08(a). The motion does not comply with these requirements and is therefore due to be denied.

Second, although Plaintiff may have been granted access to the Court's case management/electronic filing system in a prior matter,[1] "[p]ro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of CM/ECF access for pro se litigants). No extenuating circumstances have been shown here. To the extent Plaintiff believes electronic filing will help him access documents in the case, he may use PACER to obtain filings.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Access to CM/ECF Case Management/Electronic Filing (Dkt. 20) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on August 13, 2025.

_____
ROBERT M. NORWAY
United States Magistrate Judge

---

[1] The web portal used previously by Plaintiff is no longer used by the Clerk of Court as the emergency that required it, the COVID pandemic, has passed. *See Web Portal*, https://apps.flmd.uscourts.gov/cmecf/filings.cfm ("Effective Friday, August 1, litigants without lawyers will not be permitted to submit filings through the court's web portal.").

Copies to:

Lenorris E. Hardy, Sr.
125 East Pine Street, Apt. 1107
Orlando, Florida 32801

Counsel of Record